UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAR 2 6 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jerome E. Watson Jr

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Jail
Sgt. Thomas

1:18-cv-02180
Judge Virginia M. Kendall
Magistrate Judge Daniel G. Martin
PC8

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:              **AMENDED COMPLAINT**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Jerome E. Watson
   B. List all aliases: N/A
   C. Prisoner identification number: 20171205115
   D. Place of present confinement: Cook County Jail
   E. Address: 2600 S. California, Chicago, Il 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Cook County Jail
      Title: C.C.J & D.O.C
      Place of Employment: 2600 S. California

   B. Defendant: Sgt. Thomas
      Title: Sgt
      Place of Employment: 2600 S. California, Chicago, Il 60608

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Jerome E. Watson v. Lisa Madigan, Cook County State's Attorney, Ill State Police 10 C0847

B. Approximate date of filing lawsuit: ~~March~~ Jan. 2010

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Jerome E. Watson

D. List all defendants: Lisa Madigan, Attorney General, I.D.O.C. Hiriam Rau, Ill State police, Cook County Jail, Cook County States Attorney

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, Eastern Division

F. Name of judge to whom case was assigned: Judge Cox, Virginia M. Kendall

G. Basic claim made: Due Process Violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Failure state a claim

I. Approximate date of disposition: March 10, 2010

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Reviewed: 8/2013

Dear Clerk of the Court's

At this present moment I cannot remember how many lawsuit were filed or case numbers I'm currently in C.C.J.D.O.C. and have no access to that information. If that court's can assist me in the matter, or give me more time to search for the Info. I would like help with number A, B, D, F + I.

## IV. Statement of Claim

At all times defendants are sued in there individual capacities. Defendants acted under the color of state law.

On 1-26-18 time 5 to 7 A.m Jerome Watson was stripped searched inside the RTC/RCDC in Division 5, by 1 c/o and Sgt. Thomas. They say Watson was stripped searched and a clear bag was found, never mentioning what was in the clear bag. Watson was returned to C.P.D 4th District and never charged, and Watson was never told what was in the clear bag by the C.P.D officers.

Watson was degraded by Sgt. Thomas and another c/o in C.C.J.D.O.C. Sgt. Thomas told Watson to spread his buttcheeks over 5x.

If Watson wasn't supposed to have it, why wasn't Watson charged, when he went to the C.P.D 4th District, or written an disciplinary action at C.C.J.D.O.C. If Watson was in possession of something illegal, or contraband how come there were not any action taken upon him.

Also Watson was threaten over x 5's by Sgt. Thomas, that he would bring the K-9's in to bite Watson, if he did not take all his clothes off. Watson was taken behind a column inside of RTC/RCDC and humiliated by the C.C.J.D.O.C c/o and Sgt. Thomas. Watson was also threaten with pepper spray.

This incident was also caught on camera on 1-26-18 between 5 to 7 A.m. Again Watson was never charged with an disciplinary report in C.C.J.D.O.C, or new charges at the C.P.D police station. Also Watson exhausted his Administrative remedy

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compesatory Damage's of ~~$1,000,000.00~~ $1,000,000.00 and Punitive Damage's of $1,000,000.00 and any relief the court deem just and equitable

VI. The plaintiff demands that the case be tried by a jury. ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this March day of 9, 20 18

*Jerome Watson*
(Signature of plaintiff or plaintiffs)

Jerome E. Watson Jr
(Print name)

20171205115
(I.D. Number)

P.O. Box 089002; 2600 S. California
Chicago, Il 60608
(Address)

# Declaratory Statement

On 1-26-18, time 5 to 7 A.m, at RTC/RCDC in C.C.J.D.O.C Watson was stripped searched and was sent to the 4th District C.P.D Police Station for new charges which never happened. Also Watson was not written an disciplinary report in C.C.J.D.O.C for the plastic clear bag that was recovered.

Watson was also told to spread his butt cheeks 5x which was on camera. Watson was also threaten by Sgt. Thomas with the K-9's and pepper spray

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 2018 X 0122
**INMATE #:** 022673

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso)*: Watson
**INMATE FIRST NAME** *(Primer Nombre)*: Jerome
**ID Number** *(# de Identificación)*: 20171205115

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 330-Security Procedures

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services)*: RCDC Supt
**DATE REFERRED:** 2/6/2018

### RESPONSE BY PERSONNEL HANDLING REFERRAL

INMATE WATSON WAS SEARCHED AND A PLASTIC CLEAR BAG WAS RECOVERED. INMATE WAS RETURN TO CPD ALONG WITH CONTRABAND TO 4TH CPD DISTRICT FOR NEW CHARGES

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** CT. CINTRON T
**SIGNATURE:** [signed]
**DIV./DEPT.:** RTC/RCDC
**DATE:** 08 FEB 18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Jerome Watson
**DATE RESPONSE WAS RECEIVED:** 2/15/18

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 2/15/18

**INMATE'S BASIS FOR AN APPEAL:**
Was never to be stripped search by Cook County C/O or Sgt. Thomas.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**
Original Response to Stand
Jerome Watson

**INMATE SERVICES DIRECTOR/DESIGNEE:** J Mueller
**SIGNATURE:** [signed]
**DATE:** 2/20/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso)*: Jerome Watson
**DATE APPEAL RESPONSE WAS RECEIVED:** 2/26/18

(FCN-40b) (AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)